**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| | CASE: 13-66401MP |
| vs. | Citizenship: INDIA |
| | |
| Onkar Singh | DOA: 12/07/2013 |
| | |
| YOB: 1991 | |

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about December 7, 2013, near San Luis, Arizona in the District of Arizona, Defendant Onkar SINGH, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

    The Defendant, a citizen of India and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The citizenship and immigration status of the Defendant was questioned. Agents determined that the Defendant is an undocumented National of India and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on December 7, 2013. The Defendant is being presented for prosecution proceedings under Operation Streamline. The Defendant entered the United States from Mexico through a designated zero tolerance zone.

File Date: 12/09/2013
                                          at Yuma, Arizona

                                                             Aoneri Cruz, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 12/09/2013

                                                        **James F. Metcalf**
                                                **United States Magistrate Judge**

FBI Number: 164586XD8

Magistrate Information Sheet

Complaint: Onkar Singh

Criminal History: None

Immigration History: None